Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>AMBERLEE MARIE JACKSON<br>KYLE BLAINE JACKSON<br><br>Debtors | CASE NO: 20-20210<br><br>Chapter 13<br><br>Hon. KEVIN R. ANDERSON |

### TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee in this case, recommends that the above referenced case be dismissed for the Debtors' failure to comply with the following statutory requirements, Federal Rule of Bankruptcy Procedure, and/or Local Rules:

1. The Debtors failed to timely file the Creditor Matrix disclosing the name, address and zip code of each party-in-interest as required by 521(a)(1)(A) and Local Rule 1007-1. Consequently, creditors did not receive notice of the 341 meeting.

THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307. If an objection is not filed by February 21, 2020 and served upon

the Trustee, the clerk must enter an order dismissing the case.  Unless the Court orders otherwise, any objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing. No additional notice is required for such hearing.

Dated: 1/28/2020                                                                    LAJ /S/
                                                                                                LON A. JENKINS
                                                                                                CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on January 28, 2020:

AMBERLEE MARIE JACKSON & KYLE BLAINE JACKSON, 555 NORTH 75 WEST, SPRINGVILLE, UT  84663

DAVID L. FISHER,  ECF Notification

                                                                                    /s/ Chelsea Anderson