Mark S. Middlemas, USB No. 9252
Brigham J. Lundberg, USB No. 12583
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Freedom Mortgage Corporation
L&A Case No. 20.76317.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| In re: | Bankruptcy No. 20-20210 KRA |
|---|---|
| Kyle Blaine Jackson and AmberLee Marie Jackson, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates, PC enters an appearance on behalf of Freedom Mortgage Corporation ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

> Mark S. Middlemas
> Lundberg & Associates, PC
> 3269 South Main Street, Suite 100
> Salt Lake City, UT 84115

DATED: February 27, 2020.

        LUNDBERG & ASSOCIATES, PC

        By /s/Mark S. Middlemas
        Mark S. Middlemas
        Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on February 27, 2020 I electronically filed the foregoing Appearance, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

        David L. Fisher
        Fisher Law Group PLLC
        fisherlawllc@lawyer.com
        ECF
            Attorney for Debtors

        /s/Mark S. Middlemas
        Mark S. Middlemas